**Order entered January 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00380-CV
No. 05-20-00387-CV
No. 05-20-00388-CV
No. 05-20-00389-CV
No. 05-20-00390-CV

**PRESTONWOOD TRADITION, LP; TRADITION MANAGEMENT, LLC; PRESTONWOOD TSL, LP; PRESTONWOOD TSL GP, LLC, ET AL., Appellants**

**V.**

**MARY JO JENNINGS, INDIVIDUALLY AND AS THE INDEPENDENT EXECUTRIX AND REPRESENTATIVE, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03747-B**

**ORDER**

After further review, the Court questions the origin of its jurisdiction over these interlocutory appeals. Appellants are requested to file a supplemental brief, no longer than 3000 words, answering that question within **TEN DAYS** of the date

of this order.  Appellees shall file their responsive brief within **TEN DAYS** after appellants' supplemental brief is filed.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE